HELEN GAIK, an Infant, by PAUL GAIK, Her Guardian ad Litem, Respondent, v. WILLIAM A. BARR and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE H. SHEWMAN, Respondent, v. HARRY R. WELCH, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EARL DANIELS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDWARD SHULTZ, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WESTERN WORSTED MILLS, Respondent, v. ENGLISH WOOLEN MILLS, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GRANT L. CHAPMAN, Respondent, v. CHARLES ENDERS, Defendant, Impleaded with BURNELL H. TRACY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SYRACUSE RADIATOR Co., INC., Respondent, v. MARK REMINGTON and Others, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

IDA MILLER, as Administratrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.

MARY WEAVER, Respondent, v. WILLIAM E. SCRIPTURE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MAE REIBSOME, Respondent, v. DOMINICK LUCIDI and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FLORA HELMER, as Administratrix, etc., Appellant, v. FLORA M. WIRTZ, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARL DARE, Respondent, v. GRANITE BOND AND MORTGAGE CORPORATION and Others, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

VERA M. BUTTS, Respondent, v. WILLIAM LARRABEE, Individually and as Surviving Partner, etc., Appellant.— Motion granted and appeal dismissed unless the appellant shall file and serve the printed papers on or before December 1, 1925, and printed briefs by December 15, 1925, and shall be ready to argue said appeal at the opening of the January, 1926, term of this court. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.